## ADAMS *v.* SHAMROCK OIL COMPANY.

[No. 12,142. Filed February 2, 1926.]

1. APPEAL.—*No question presented for review where evidence is not in the record and all questions attempted to be presented depend on the evidence.*—Where the only questions attempted to be presented depend for their solution on the evidence, and the bill of exceptions containing the evidence is not in the record, no question is presented for review. p. 169.

2. APPEAL.—Where the record presents no question for review, a request for oral argument will be denied. p. 170.

From Grant Circuit Court; *J. F. Charles,* Judge.

Action by George W. Adams against the Shamrock Oil Company. From a judgment for defendant, the plaintiff appeals. *Affirmed.* By the court in banc.

*Malcolm V. Skinner* and *James R. Fleming,* for appellant.

*McGriff, Schwartz & Bechdolt,* for appellee.

PER CURIAM.—The only questions attempted to be presented on this appeal depend for their solution upon the evidence. The bill of exceptions, so called, 1. is not properly in the record and cannot therefore be considered. It follows that no question is presented for our decision.

The appellant has requested permission to argue this

case orally, but, as the record presents no
2. question for our determination, this request is
denied.

Judgment affirmed.